UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JULIE A. CHRISTIANS, Trustee for the Bankruptcy Estate of Technimar Industries Inc.,

CIVIL NO. 01-1334 (DSD/JMM)

Plaintiff,

v.

PRETRIAL SCHEDULING ORDER/
ORDER FOR SANCTIONS

ROBERTO CONTRERAS, SR., a/k/a Roberto Contreras Del Canizo,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Sanctions

Counsel for the parties failed to comply with the initial Order for Pretrial Conference, necessitating the issuance of a Second Order for Pretrial Conference. Counsel for Defendant failed to appear at the Pretrial Conference as ordered by the Second Order for Pretrial Conference. Sanctions are required as a means of deterring such conduct. No later than September 24, 2001, Brian F. Leonard, Esq., counsel for Defendant, shall pay to the Clerk of Court the sum of $250 as a sanction. See Rule 16(f) of the Federal Rules of Civil Procedure.

Filed SEP 18 2001
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

Pleadings/Disclosures

| | |
|---|---|
| Completed - | All pre-discovery disclosures required by Rule 26(a)(1) have been completed. |
| October 1, 2001 - | All motions which seek to amend the pleadings or add parties must be served and filed. |

Discovery/Nondispositive Motions

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

| | |
|---|---|
| October 15, 2001 - | By Plaintiff |
| November 1, 2001 - | By Defendant |

| | |
|---|---|
| January 1, 2002 - | All discovery of any kind shall be commenced in time to be completed by this date. |
| January 5, 2002 - | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge John M. Mason, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing. |

Dispositive Motions/Trial

| | |
|---|---|
| January 10, 2002 - | All dispositive motions shall be served and filed by the parties. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker, (612) 664-5063. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E). |

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than March 1, 2002. The parties estimate that trial of this Jury matter will take 2 days.

General

No more than 25 Interrogatories, 25 Document Requests and 25 Requests for Admissions (including all subparts) shall be served by any party.

Each party may depose no more than 1 expert.

Each party may call no more than 1 expert at trial.

Dated: September 18, 2001

JOHN M. MASON
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500