UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JULIE A. CHRISTIANS, Trustee for the Bankruptcy Estate of Technimar Industries Inc.,

CIVIL NO. 01-1334 (DSD/JMM)

Plaintiff,

v.

ORDER

ROBERTO CONTRERAS, SR., a/k/a Roberto Contreras Del Canizo,

Defendant.

The Court having been advised that a settlement agreement has been reached in this matter, IT IS HEREBY ORDERED that the Pretrial Scheduling Order/Order for Sanctions dated September 18, 2001 is hereby withdrawn.

Dated: October 30, 2001

JOHN M. MASON
United States Magistrate Judge

FILED OCT 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK