**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JULIE A. CHRISTIANS, Trustee for the Bankruptcy Estate of Technimar Industries, Inc.,

Plaintiff,

v.

ROBERT CONTRERAS, SR., a/k/a Roberto Contreras Del Canizo,

Defendant.

CIVIL NO. 01-1334 (DSD/JMM)

**ORDER**

Based upon the Order of this Court dated October 30, 2001, IT IS HEREBY ORDERED that the Clerk of the United States District Court shall refund to Brian F. Leonard the payment of $250.00 previously remitted under this Court's Order of September 18, 2001, entitled "Pretrial Scheduling Order/Order for Sanctions".

Dated: 3/1/01

JOHN M. MASON
United States Magistrate Judge

::ODMA\GRPWISE\GWDMPLS.GWPOMPLS.MPLSLIB1:88800.1

FILED MAR 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK